IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TULIKIVI OYJ,

    Plaintiff,

  v.

EUROPEAN MASONRY HEATERS, et al.,

    Defendants.
    _____/

No. C 05-03621 CW

ORDER

Default having been entered against Defendant European Masonry Heaters Co., Inc., and Arthur Olson by the Clerk on October 19, 2005,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for January 6, 2006, is March 3, 2006, at 1:30 p.m.

Dated: 11/7/05

                          CLAUDIA WILKEN
                          United States District Judge

cc: Wings