**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULIKIVI OYJ, | No. C-05-3621 CW (JCS) |
| Plaintiff(s), | **NOTICE OF REFERENCE AND ORDER** |
| v. | |
| EUROPEAN MASONRY HEATERS, ET AL., | |
| Defendant(s). | |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

On November 7, 2005, Judge Claudia Wilken ordered Plaintiff to file its motion for default judgment (the "Motion") against Defendants European Masonry Heaters Company, Inc. and Arthur Olson within 30 (thirty) days.  On the same date, Judge Wilken referred the Motion to the undersigned for a hearing on the Motion and the preparation of a report and recommendation.

All hearing dates are subject to the availability of this Court's calendar.  Please contact the Courtroom Deputy, Karen Hom, at (415) 522-2035, to confirm or, if necessary, reschedule a hearing date.  Regardless of whether the Court reschedules a hearing date, all opposition and reply papers shall be timely filed according to the originally noticed hearing date, pursuant to Civil L. R. 7-3.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.  All documents shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with those rules will not be considered by the Court.

1  BEFORE 5:00 P.M. ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC
2  FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE
3  CONFORMED, **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED
4  **"JCS'S CHAMBERS' COPY."**

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing. Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).

IT IS SO ORDERED.

Dated: November 14, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California